UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN TAYLOR, *et al.*

    Plaintiffs,

v.

Case No. 22-cv-11367
Hon. Matthew F. Leitman

UNITED STATES, *et al.*

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiffs.

                      KINIKIA ESSIX
                      CLERK OF COURT

                      By:   s/Holly A. Ryan
                             Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: January 25, 2023
Detroit, Michigan

1